IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MILLENNIUM LABORATORIES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AEGIS SCIENCES CORPORATION, | § | MISC. NO. 3:11-mc-00135-K -BK |
| | § | |
| Defendant | § | Nos. 11-20451-CIV-KING and |
| | § | 11-22815-CIV-KING (consolidated) |
| v. | § | (S.D. Fla.) |
| | § | |
| ALTERNATIVE BIOMEDICAL | § | |
| SOLUTIONS, L.P. and RAY FULLER, | § | |
| | § | |
| Respondents. | § | |

## RESPONDENTS' CERTIFICATE OF INTERESTED PERSONS

Respondents Alternative Biomedical Solutions, L.P. ("ABS") and Ray Fuller ("Fuller") (collectively, "Respondents") identify the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which, to the best of Plaintiff's knowledge, may have a financial interest in the outcome of this litigation:

Aegis Sciences Corporation
515 Great Circle Road
Nashville, TN 37228
Plaintiff/Movant

Alternative Biomedical Solutions, L.P.
2412 Arbuckle Court
Dallas, TX 75229
Respondent

**RESPONDENTS' CERTIFICATE OF INTERESTED PERSONS – PAGE 1**

Ray Fuller
Alternative Biomedical Solutions, L.P.
2412 Arbuckle Court
Dallas, TX 75229
Respondent

Dated: December 15, 2011.

Respectfully submitted,

WINSTEAD PC
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 745-5400 Phone
(214) 745-5390 Fax

By: */s/ J. Brian Vanderwoude*
 J. Brian Vanderwoude
 Texas Bar No. 24047558
 bvanderwoude@winstead.com

**ATTORNEYS FOR RESPONDENTS
ALTERNATIVE BIOMEDICAL SOLUTIONS,
L.P. and RAY FULLER**

## CERTIFICATE OF SERVICE

 I hereby certify that on December 15, 2011, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record, all of whom have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ J. Brian Vanderwoude*
J. Brian Vanderwoude